```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 25645
    GENE MARSHALL
    DEBRA MARSHALL                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-3525    SSN XXX-XX-2012


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/26/2008 and was not confirmed.

      The case was dismissed without confirmation 12/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

AT & T MOBILITY            UNSECURED        NOT FILED            .00           .00
AT&T                       UNSECURED        NOT FILED            .00           .00
CITIMORTGAGE               UNSECURED        NOT FILED            .00           .00
COMMONWEALTH EDISON        UNSECURED           156.52            .00           .00
DIRECTV                    UNSECURED        NOT FILED            .00           .00
DISCOVER FINANCIAL SERVI   UNSECURED        NOT FILED            .00           .00
HOME DEPOT CREDIT SERVIC   UNSECURED        NOT FILED            .00           .00
CHASE BANK                 UNSECURED           280.48            .00           .00
PROGRESSIVE INS            UNSECURED        NOT FILED            .00           .00
SOUTHWEST LABORATORY       UNSECURED        NOT FILED            .00           .00
CITIFINANCIAL MORTGAGE     CURRENT MORTG          .00            .00           .00
CITIFINANCIAL MORTGAGE     MORTGAGE ARRE    24000.00             .00           .00
MIDWEST CREDIT CONSULTAN   UNSECURED        NOT FILED            .00           .00
INGALLS MEMORIAL HOSPITA   UNSECURED        NOT FILED            .00           .00
PRO SE DEBTOR              DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00


      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        --------------       --------------
TOTALS                        .00                    .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 25645 GENE MARSHALL & DEBRA MARSHALL